UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                        CASE NO. 8:25-cr-379-TPB-AAS

LUZ MARY VASQUEZ CRUZ

## UNITED STATES' SENTENCING MEMORANDUM

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, submits this sentencing memorandum in support of a 24-month sentence of imprisonment.

### I. FACTUAL BACKGROUND

On July 15, 2025, HSI agents were attempting an immigration arrest on an individual in the driveway of a residence in Tampa, pursuant to a Final Order of Removal from the United States. PSR ¶ 6. During the arrest, Vasquez Cruz and her co-defendant Alfredo Javier Fuentes, exited the residence and placed themselves between agents and the subject of the arrest. PSR ¶ 7. Agents ordered both defendants to back away, but they ignored the agents' commands and forcefully shoved one agent back, causing the agent to lose balance and stumble backwards into a support beam of the residence. *Id*. As a result, the subject of the arrest was able to flee into the residence and escape through a back window, evading arrest until a later date. *Id*. Vasquez-Cruz later admitted in a post-*Miranda* interview that she was attempting to get the subject of the arrest to go inside the residence. PSR ¶ 10.

## II. PROCEDURAL BACKGROUND

On July 15, 2025, Vasquez Cruz and her co-defendant, Fuentes, were arrested pursuant to their respective Criminal Complaints. Doc. 1. The United States moved for detention, but both defendants were released on conditions pending trial. Docs. 9, 10. Subsequently, on July 30, 2025, a one-count Indictment was returned charging both defendants with forcibly assaulting, resisting, or impeding a federal officer, in violation of 18 U.S.C. §§ 111(a)(1) and 2.

While Vasquez Cruz was pending trial, she was found to have violated her conditions of release on two occasions, in July and September 2025, through visiting unauthorized locations while under home incarceration. Docs. 18, 44. The United States moved to revoke her pretrial release on both occasions but both motions were denied. *Id*.

On September 30, 2025, Vasquez Cruz pled guilty without a plea agreement, and she was subsequently adjudicated guilty. Doc. 49. Fuentes' case is still pending trial.

## III. PRESENTENCE INVESTIGATION REPORT

On November 13, 2025, United States Probation filed its initial Presentence Investigation Report ("PSR"). Doc. 62. Vasquez Cruz has an offense level of 13, a criminal history category of IV, and an advisory guideline range of 24 to 30 months. PSR ¶ 77. There are no outstanding objections to the PSR from either party and the United States does not anticipate any guideline changes within the final PSR.

## IV. SENTENCING FACTORS UNDER 3553(a)

Through the assault and obstruction of federal agents during an ongoing investigation, Vasquez Cruz' actions allowed the subject of the investigation to escape arrest until a later date.[1] A guideline sentence of 24 months is appropriate after considering the nature and circumstances of the offense, alongside Vasquez Cruz' criminal history, and the need to promote respect for the law. *See* 18 U.S.C. § 3553(a).

In arriving at an appropriate sentence, the district court must consider all of the applicable factors under Section 3553(a). *United States v. Shaw*, 560 F.3d 1230, 1237 (11th Cir. 2009). However, the decision about how much weight is assigned to a particular factor is "committed to the sound discretion of the district court." *United States v. Williams*, 526 F.3d 1312, 1322 (11th Cir. 2009).

Vasquez Cruz' interference with the investigation led to a brief struggle between the agents, herself, and her co-defendant, creating additional risk of injury to all parties involved. Similarly, due to her interference, the subject of the arrest remained out of custody for an additional two weeks before agents located and arrested him.

Vasquez Cruz' history is lengthy and dates back to 2014. Although her criminal history is largely theft related, it also includes a conviction for possession with intent to distribute heroin in 2018. PSR ¶ 36. Vasquez Cruz also has a

---

[1] The subject of the investigation was arrested on July 30, 2025, and prosecuted under case no. 8:25-cr-383-WFJ-AAS.

significant history of violating various forms of supervision, including violations of probation and an arrest for a new offense while on bond. Notably, she was sentenced to one year and one day in Florida State prison in 2016 after violating her probation on two occasions on a felony theft offense. PSR ¶ 34. Of the three terms of probation she has been sentenced to, two resulted in violations and a term of incarceration. PSR ¶ 30-37.

Vasquez Cruz requested a probationary sentence in her sentencing memorandum, filed at Doc. 74. However, based on her significant history of violations, including having been found in violation of her pre-trial release on two occasions in the instant case, the United States does not believe Vasquez Cruz would be successful on probation, nor would a probationary sentence be supported by her criminal history, the United States Sentencing Guidelines, or serve to promote respect for the law.

## V. CONCLUSION

Accordingly, the United States respectfully submits that a sentence of 24 months imprisonment is sufficient, but not greater than necessary under the factors set forth in 18 U.S.C. § 3553(a).

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Jeff Chang*
Jeff Chang
Assistant United States Attorney
Florida Bar No. 1025340
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6103
E-mail: Jeffrey.Chang@usdoj.gov

U.S. v. Luz Mary Vasquez Cruz            Case No. 8:25-cr-379-TPB-AAS

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Counsel of Record

                                               */s/ Jeff Chang*
                                               Jeff Chang
                                               Assistant United States Attorney
                                               Florida Bar No. 1025340
                                               400 N. Tampa St., Ste. 3200
                                               Tampa, FL 33602-4798
                                               Telephone: (813) 274-6000
                                               Facsimile: (813) 274-6103
                                               E-mail: Jeffrey.Chang@usdoj.gov